ORIGINAL

KEVIN F. WOODALL CA Bar No. 180650
kwoodall@foley.com
KEVIN E. HYDE Florida Bar No. 0768235
khyde@foley.com
LEONARD V. FEIGEL Florida Bar No. 0027752
lfeigel@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:   415.434.4484
FACSIMILE:    415.434.4507

ATTORNEYS FOR DEFENDANT ACOSTA, INC.,
A DELAWARE CLOSED CORPORATION, ALSO
D/B/A ACOSTA TRUEDEMAND, LLC; AND ALSO
D/B/A ACOSTA MILITARY SALES, LLC; AND
DOES 1 THROUGH 20, INCLUSIVE.

FILED
MAY 1 0 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER<br><br>Plaintiff,<br><br>v.<br><br>ACOSTA, INC. a Delaware Closed Corporation, Also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive.<br><br>Defendants. | **CASE NO: C-10-01782-BZ**<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Kevin E. Hyde, whose business address and telephone number is: Foley & Lardner LLP, One Independent Drive, Suite 1300, Jacksonville, FL 32202, (904) 359-2000, and who is an active member in good standing of the bar of United States District Court, Middle District of Florida, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil. L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel

JACK_1771653.1

1 | designated in the application will constitute notice to the party. All future filings in this
2 | action are subject to the requirements contained in General Order No. 45, *Electronic*
3 | *Case Filing.*

Dated: May 10, 2010

HONORABLE BERNARD ZIMMERMAN
UNITED STATES DISTRICT JUDGE

2