ORIGINAL

1  KEVIN F. WOODALL CA Bar No. 180650
   kwoodall@foley.com
2  KEVIN E. HYDE Florida Bar No. 0768235
   khyde@foley.com
   LEONARD V. FEIGEL Florida Bar No. 0027752
3  lfeigel@foley.com
   **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
4  555 CALIFORNIA STREET, SUITE 1700
   SAN FRANCISCO, CA 94104-1520
   TELEPHONE:   415.434.4484
5  FACSIMILE:   415.434.4507

6  ATTORNEYS FOR DEFENDANT ACOSTA, INC.,
   A DELAWARE CLOSED CORPORATION, ALSO
7  D/B/A ACOSTA TRUEDEMAND, LLC; AND ALSO
   D/B/A ACOSTA MILITARY SALES, LLC; AND
8  DOES 1 THROUGH 20, INCLUSIVE.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER | **CASE NO: C-10-01782-BZ** |
| Plaintiff, | |
| v. | (Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| ACOSTA, INC. a Delaware Closed Corporation, Also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive. | |
| Defendants. | |

Leonard V. Feigel, whose business address and telephone number is: Foley & Lardner LLP, One Independent Drive, Suite 1300, Jacksonville, FL 32202, (904) 359-2000, and who is an active member in good standing of the bar of United States District Court, Middle District of Florida, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil. L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel

JACK_1774323.1

1  designated in the application will constitute notice to the party.  All future filings in this
2  action are subject to the requirements contained in General Order No. 45, *Electronic*
3  *Case Filing.*

Dated: May /0, 2010

HONORABLE BERNARD ZIMMERMAN
UNITED STATES DISTRICT JUDGE

2