William F. Adams, State Bar No. 65005
WILLIAM F. ADAMS LAW OFFICES
4305 Hacienda Drive, Suite 370
Pleasanton, California 94588
Phone: (925) 734-0800
e-mail: wfadams@hotmail.com

Attorneys for Plaintiff
MARIA LAFEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER<br><br>Plaintiff,<br><br>v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.  3:10-cv-01782-BZ<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Bernard Zimmerman |

Due to plaintiff's counsel's medical leave, plaintiff MARIA LAFEVER, and Defendants ACOSTA, INC., et al, stipulate to reschedule the case management conference from September 13, 2010, at 4:00 p.m., to October 7, 2010, or any date prior to October 22, 2010, at the convenience of the Court.

William F. Adams, counsel for plaintiff, and Leonard Feigel, counsel for defendants, met and conferred pursuant to Federal Rules of Civil Procedure 26(f) and ADR Local Rule 3-5 on September 1, 2010.

Case 3:10-cv-01782-BZ   Document 14   Filed 09/13/10   Page 2 of 2

Dated: September 9, 2010                WILLIAM F. ADAMS LAW OFFICES

By: _____/s/_____
William F. Adams, State Bar No. 65005
Attorney for Plaintiff MARIA LAFEVER

Dated: September 9, 2010                FOLEY & LARDNER, LLP

By: _____/s/_____
Leonard V. Feigel (admitted *pro hoc vice*)
Attorney for Defendants ACOSTA, INC. also
d/b/a ACOSTA TRUEDEMAND, LLC; and also
d/b/a ACOSTA MILITARY SALES, LLC; .

**PURSUANT TO STIPULATION,
IT IS SO ORDERED**

The Case Management Conference scheduled for September 13, 2010, is continued to October 27, 2010, at 4 a.m./p.m.

Dated: September 13, 2010

_____
Honorable Bernard Zimmerman
United States Magistrate Judge

-2-