William F. Adams, State Bar No. 65005
WILLIAM F. ADAMS LAW OFFICES
4305 Hacienda Drive, Suite 370
Pleasanton, California 94588
Phone: (925) 734-0800
e-mail: wfadams@hotmail.com

Attorneys for Plaintiff
MARIA LAFEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | CASE NO.  3:10-cv-01782-BZ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE<br><br>Hon. Bernard Zimmerman<br><br>**AMENDED STIPULATION** |

　　　Due to plaintiff's counsel's medical leave, plaintiff MARIA LAFEVER, and Defendants ACOSTA, INC., et al, stipulate to reschedule the case management conference from September 13, 2010, at 4:00 p.m., to October 7, 2010, or any date prior to October 22, 2010, at the convenience of the Court.

　　　William F. Adams, counsel for plaintiff, and Leonard Feigel, counsel for defendants, met and conferred pursuant to Federal Rules of Civil Procedure 26(f) and ADR Local Rule 3-5 on September 1, 2010.

1

2  Dated: September 9, 2010                    WILLIAM F. ADAMS LAW OFFICES

3
                                          By:_____/s/_____
4                                             William F. Adams, State Bar No. 65005
                                              Attorney for Plaintiff MARIA LAFEVER
5

6
   Dated: September 9, 2010                    FOLEY & LARDNER, LLP
7

8                                         By:_____/s/_____
                                              Leonard V. Feigel (admitted *pro hoc vice*)
9                                             Attorney for Defendants ACOSTA, INC. also
                                              d/b/a ACOSTA TRUEDEMAND, LLC; and also
10                                            d/b/a ACOSTA MILITARY SALES, LLC; .

11

12  **PURSUANT TO STIPULATION,**
    **IT IS SO ORDERED**
13
            The Case Management Conference scheduled for September 13, 2010, is
14
    continued to October 18 2010, at  4:00  a.m./p.m.
15

16
    Dated: September 13, 2010                  _____
17                                             Honorable Bernard Zimmerman
                                               United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

-2-