1   KEVIN E. HYDE Florida Bar No. 0768235
       khyde@foley.com
    LEONARD V. FEIGEL Florida Bar No. 0027752
2      lfeigel@foley.com
    **FOLEY & LARDNER LLP**
3   ATTORNEYS AT LAW
    ONE INDEPENDENT DRIVE, SUITE 1300
    JACKSONVILLE, FL 32202-5017
4   P. O. BOX 240
    JACKSONVILLE, FL 32201-0240
    TELEPHONE:      904.359.2000
5   FACSIMILE:      904.359.8700
    SCOTT P. INCIARDI CA BAR 28814
6      sinciardi@foley.com
    FOLEY & LARDNER LLP
    555 CALIFORNIA STREET, SUITE 1700
7   SAN FRANCISCO, CA 94104-1520
    TELEPHONE:      415-434-4484
    FACSIMILE:      415-434-4507
8   Attorneys for Defendants

9                  **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13   MARIA LAFEVER                          CASE NO:  3:10-CV-01782-BZ

14          Plaintiff,                       **ORDER GRANTING DEFENDANT'S
                                             APPLICATION TO APPEAR
15          v.                               TELEPHONICALLY AT THE CASE
                                             MANAGEMENT CONFERENCE
16   ACOSTA, INC., a Delaware Closed         DATE: NOVEMBER 15, 2010**
     Corporation, Also d/b/a ACOSTA
17   TRUDEMAND, LLC; and also d/b/a ACOSTA   **JUDGE BERNARD ZIMMERMAN**
     MILITARY SALES, LLC; and DOES 1
18   through 20, inclusive

19          Defendant.

20

21          THIS MATTER HAVING COME ON for consideration on the *Ex Parte* Application (the

22   "Application") of Defendant, Acosta Sales and Marketing for an order permitting Defendant to

23   appear by telephone at the case management conference set for Monday, November 15, 2010, at

24   4:00 p.m. pacific time; and

25          The Court having reviewed the Application, and all other relevant papers filed in this

26   action, and being otherwise fully advised in the premises;

27          Now, therefore, the Application is hereby GRANTED as follows:

28   ///

JACK_1908327.1

1    Defendant Acosta Sales and Marketing may appear by telephone at the case management

2  conference set for Monday, November 15, 2010, at 4:00 p.m. pacific time.

3  DATED: NOVEMBER 12 , 2010

4  _____

   JUDGE BERNARD ZIMMERMAN

5

6    Counsel shall contact CourtCall, telephonic court

7  appearances at 1-888-882-6878, and make arrangements
   for the telephonic conference call.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S APPLICATION TO APPEAR AT
CASE MANAGEMENT CONFERENCE
CASE NO:  3:10-CV-01782-BZ
2

JACK_1908327.1