William F. Adams, State Bar No. 65005
WILLIAM F. ADAMS LAW OFFICES
4305 Hacienda Drive, Suite 370
Pleasanton, California 94588
Phone: (925) 734-0800
e-mail: wfadams@hotmail.com

Attorneys for Plaintiff
MARIA LAFEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>    Plaintiff,<br><br>v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO.  3:10-cv-01782-BZ<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF MARIA LAFEVER'S REQUEST FOR A TELEPHONIC APPEARANCE AT THE NOVEMBER 15, 2010, CASE MANAGEMENT CONFERENCE<br><br>Hon. Bernard Zimmerman<br><br>Hearing date: November 15, 2010<br>Time:        4:00 p.m. |

FOR GOOD CAUSE APPEARING, plaintiff MARIA LAFEVER's request to appear telephonically at the CMC scheduled for November 15, 2010, at 4:00 p.m. through CourtCall is granted. The plaintiff shall contact CourtCall to make arrangements for her telephonic appearance.

Dated: November 15, 2010

By: _____
Honorable Bernard Zimmerman