UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>        Plaintiff(s),<br><br>    v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>        Defendant(s). | No. C10-01782 BZ<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

Plaintiff shall file her response of not more than **two pages** to Mr. Barnes letter dated 2/22/2011 by **noon, on Thursday, February 24, 2011**. A telephone conference to discuss this dispute is scheduled for **Friday, February 25, 2011 at 10:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: February 23, 2011

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\Lafever v. Acosta\Disc Ord 1.wpd