William F. Adams, State Bar No. 65005
WILLIAM F. ADAMS LAW OFFICES
4305 Hacienda Drive, Suite 370
Pleasanton, California 94588
Phone: (925) 734-0800
e-mail: wfadams@hotmail.com

Attorneys for Plaintiff
MARIA LAFEVER

Page Barnes, State Bar No. 154539
FOLEY & LARDNER LLP
555 California St Ste 1700
San Francisco, CA 94104-1520
Phone: (415) 434-4484
e-mail: pbarnes@foleylaw.com

Attorneys for Defendant
ACOSTA, INC., a Delaware Closed Corporation,
also d/b/a ACOSTA TRUEDEMAND, LLC; and
also d/b/a ACOSTA MILITARY SALES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.  3:10-cv-01782-BZ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRE-TRIAL DATES<br><br>Hon. Bernard Zimmerman |

　　The parties through their respective counsel, William F. Adams, counsel for plaintiff, and Page Barnes, counsel for defendants, hereby stipulate as follows to extend the following pre-trial cut-off dates by two weeks in the Court's November 29, 2010, Scheduling Order.

　　Last Day for Expert Discovery: 4/1/2011

1. Last Day for Rebuttal Expert Disclosure: 3/25/2011
2. Last Day for Expert Disclosure: 3/18/2011
3. Close of Non-Expert Discovery: 3/11/2011
4. The above dates do not alter any other dates set forth in the pre-trial order nor the trial
5. date of June 20, 2011.

6. Dated: February 28, 2011                            WILLIAM F. ADAMS LAW OFFICES

8.                                       By:_____/s/_____
                                              William F. Adams, State Bar No. 65005
9.                                            Attorney for Plaintiff MARIA LAFEVER

10. Dated: February 28, 2011                           FOLEY & LARDNER, LLP

12.                                      By:_____/s/_____
                                              Page Barnes, State Bar No. 154539
13.                                           Attorney for Defendants ACOSTA, INC. also
                                              d/b/a ACOSTA TRUEDEMAND, LLC; and also
14.                                           d/b/a ACOSTA MILITARY SALES, LLC

16. PURSUANT TO STIPULATION,
IT IS SO ORDERED

17. The pre-trial dates are hereby extended two weeks from those set forth in the Court's
18. November 29, 2010, Scheduling Order as follows:
19. Last Day for Expert Discovery: 4/1/2011
20. Last Day for Rebuttal Expert Disclosure: 3/25/2011
21. Last Day for Expert Disclosure:  3/18/2011
22. Close of Non-Expert Discovery:  3/11/2011
23. The above dates do not alter any other dates set forth in the Scheduling Order nor the
24. trial date of June 20, 2011.

26. Dated: March  1 , 2011                    _____
                                              Honorable Bernard Zimmerman
27.                                           United States Magistrate Judge