1  William F. Adams, State Bar No. 65005
   WILLIAM F. ADAMS LAW OFFICES
2  4305 Hacienda Drive, Suite 370
   Pleasanton, California 94588
3  Phone: (925) 734-0800
   e-mail: wfadams@hotmail.com
4
   Attorneys for Plaintiff
5  MARIA LAFEVER

6  Page Barnes, State Bar No. 154539
   FOLEY & LARDNER LLP
7  555 California St Ste 1700
   San Francisco, CA 94104-1520
8  Phone: (415) 434-4484
   e-mail: pbarnes@foleylaw.com
9
   Attorneys for Defendant
10 ACOSTA, INC., a Delaware Closed Corporation,
   also d/b/a ACOSTA TRUEDEMAND, LLC; and
11 also d/b/a ACOSTA MILITARY SALES, LLC

12

13
                   UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16

17 MARIA LAFEVER                        )   CASE NO.  3:10-cv-01782-BZ
                                        )
18      Plaintiff,                      )
                                        )   STIPULATION AND [PROPOSED]
19      v.                              )   ORDER TO CONTINUE
                                        )   DEFENDANT'S APRIL 6, 2011,
20 ACOSTA, INC., a Delaware Closed      )   HEARING DATE ON ITS MOTION FO
   Corporation, also d/b/a ACOSTA       )   SUMMARY JUDGMENT
21 TRUEDEMAND, LLC; and also d/b/a      )
   ACOSTA MILITARY SALES, LLC; and      )   Hon. Bernard Zimmerman
22 DOES 1 through 20, inclusive,        )
                                        )
23      Defendants.                     )
                                        )
24 _____  )

25      The parties through their respective counsel, William F. Adams, counsel for plaintiff,

26 and Page Barnes, counsel for defendants, hereby stipulate request that the Court continue the

27 defendant's April 6, 2011, hearing date on its Motion for Summary Judgment due to personal

28 and professional calendar conflicts on April 6, 2011, for William Adams, counsel for plaintiff.

1  The parties respectfully request that the Court continue the hearing date to a new date
2  that is within the limitations set by the pre-trial Orders of the Court.

3  Dated: March 11, 2011                    WILLIAM F. ADAMS LAW OFFICES

5                                       By:_____
                                            William F. Adams, State Bar No. 65005
6                                           Attorney for Plaintiff MARIA LAFEVER

7  Dated: March 11, 2011                    FOLEY & LARDNER, LLP
8

9                                       By:_____
                                            Page Barnes, State Bar No. 154539
10                                          Attorney for Defendants ACOSTA, INC. also
                                            d/b/a ACOSTA TRUEDEMAND, LLC; and also
11                                          d/b/a ACOSTA MILITARY SALES, LLC

12
   PURSUANT TO STIPULATION,
13 IT IS SO ORDERED

14     The defendant's Motion for Summary Judgment hearing date of April 6, 2011, at
15 10:00 a.m., is hereby continued to April 21, at 1:30 a.m./p.m.

18 Dated: March 14, 2011                    _____
                                            Honorable Bernard Zimmerman
19                                          United States Magistrate Judge

-2-