UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>       Defendant(s). | No. C10-01782 BZ<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE RE DISCOVERY DISPUTE** |

    **IT IS HEREBY ORDERED** that a telephone conference to discuss the current discovery dispute (Docket No. 50) is scheduled for **Monday, March 21, 2011 at 3:00 p.m**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

    By **noon on Friday, March 18, 2011**, whichever party has custody of the record of the meet and confer session on this

G:\bzall\-bzcases\LaFever v. Acosta\Tel Conf Ord 1.wpd

1 | issue, shall lodge a copy with chambers.

2 | Dated: March 16, 2011

Bernard Zimmerman
United States Magistrate Judge