UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>    Defendant(s). | No. C10-01782 BZ<br><br>**SECOND DISCOVERY ORDER** |

On March 16, 2011, I ordered whichever party had a record of the meet and confer session between the parties at which they attempted to resolve the current discovery dispute, to lodge a copy of that record with the Court by noon on March 18, 2011. All the Court received was a series of positioning letters and e-mails between the parties. The Court deduces from that that the parties never met and conferred as required by paragraph 2 of the Pretrial Scheduling Order (Docket No. 30).

**IT IS THEREFORE ORDERED** that the telephone conference scheduled for **Wednesday, March 23, 2011 at 4:00 p.m.** is taken **off calendar**.  The Court will not attend to this matter until the parties have met and conferred in accordance with the Pretrial Scheduling Order.

Dated: March 21, 2011

```
                              _____
                                    Bernard Zimmerman
                              United States Magistrate Judge
```

g:\bzall\-bzcases\LaFever v. Acosta\Disc Ord 2.wpd