UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>      Defendant(s). | No. C10-01782 BZ<br><br>**ORDER RE DEFENDANT'S SUMMARY JUDGMENT MOTION** |

    Having received defendant's motion for leave to file a separate statement of undisputed facts in support of its already filed summary judgment motion, **IT IS HEREBY ORDERED** as follows:

    1.  Defendant's summary judgment motion (Docket No. 41) currently set for April 21, 2011 is **TAKEN OFF CALENDAR** for failure to comply with the section of the Pretrial Scheduling Order dealing with summary judgment motions.

    2.  The parties shall meet and confer by **April 13, 2011**

1

1 | to comply with the Court's scheduling order (Docket No. 30)
2 | which requires summary judgment motions to be supported by a
3 | statement of undisputed facts, to be prepared jointly where
4 | possible.

5 |     3. Defendant shall re-file its motion for summary
6 | judgment by **April 18, 2011**. Any opposition to defendant's
7 | motion shall be filed by **April 25, 2011**. Any reply shall be
8 | filed by **May 2, 2011**. These filings shall incorporate the
9 | joint statement, or the separate statements if necessary, in
10 | accordance with the Court's trial scheduling order. The
11 | motion will be heard on **May 18, 2011** at **10:00 a.m.** in
12 | Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
13 | Avenue, San Francisco, California 94102.

14 |     4. The trial is continued from June 20, 2011 to **July 18,**
15 | **2011**. The pretrial conference shall be held on **June 28, 2011**
16 | at **4:00 p.m.** All other dates and deadlines from the Court's
17 | previously issued scheduling order shall remain the same.

18 |     5. Defendant's motion for leave to file a separate
19 | statement of undisputed facts (Docket No. 65) is **DENIED AS**
20 | **MOOT**.

21 | Dated: April 7, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

28 | g:\bzall\-bzcases\Lafever v. Acosta\Order Re Defendant's Summary Judgment Motion.wpd