```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


MARIA LAFEVER                    )
                                 )
         Plaintiff(s),           )
                                 )    No. C10-01782 BZ
    v.                           )
                                 )
ACOSTA, INC., a Delaware         )
Closed Corporation, also         )    ORDER RE PRETRIAL DEADLINES
d/b/a ACOSTA TRUEDEMAND,         )
LLC; and also d/b/a ACOSTA       )
MILITARY SALES, LLC; and         )
DOES 1 through 20,               )
inclusive,                       )
                                 )
         Defendant(s).           )
                                 )
```

Having received the parties' stipulated request for additional time to file their pretrial papers (Docket No. 111), **IT IS HEREBY ORDERED** as follows:

1. The parties shall file their initial pretrial papers which were originally due on June 6, 2011 by **June 10, 2011.**

2. All other orders and deadlines, such as the deadlines for any oppositions or objections, set by the Court's November

///

///

30, 2011 trial scheduling order (Docket No. 30) shall remain in effect.

Dated: June 8, 2011

_____
Bernard Zimmerman
United States Magistrate Judge