UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER<br><br>      Plaintiff(s),<br><br>  v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>      Defendant(s). | No. C10-01782 BZ<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

    **IT IS ORDERED** that the parties shall appear for a settlement conference before Magistrate Judge Corley on **June 21, 2011**. The plaintiff shall appear personally with her counsel. Defendant shall appear with a representative with **full** authority to settle the case along with its principal trial counsel.

Dated: June 9, 2011

                                  *Bernard Zimmerman*
                              Bernard Zimmerman
                        United States Magistrate Judge