UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ACOSTA, INC., a Delaware ) <br> Closed Corporation, also ) <br> d/b/a ACOSTA TRUEDEMAND, ) <br> LLC; and also d/b/a ACOSTA ) <br> MILITARY SALES, LLC; and ) <br> DOES 1 through 20, ) <br> inclusive, ) <br> ) <br> Defendant(s). ) <br> ) | No. C10-01782 BZ <br><br> **ORDER TO SHOW CAUSE** |

   **IT IS HEREBY ORDERED** that at the pretrial conference, the parties should be prepared to show cause why they should not be held in contempt or otherwise sanctioned under Rule 16(f) for failing to conduct the mediation to which they represented to the Court they had agreed and which the Court ordered at the case management conference.

Dated: June 9, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

g:\bzall\-bzcases\LaFever v. Acosta\osc.wpd     1