UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>            Plaintiff(s),<br><br>     v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>            Defendant(s). | No. C10-01782 BZ<br><br>**PROPOSED JURY INSTRUCTIONS** |

    Attached is a draft of the jury instructions the Court proposes to deliver at the conclusion of trial.  Any objections to the attached jury instructions shall be filed by **Tuesday, July 5, 2011** together with supporting legal authority.  Any request to modify an instruction shall be filed by **Tuesday, July 5, 2011**, accompanied by a proposed revised instruction.  Any replies to the objections shall be filed by **Thursday, July 7, 2011.**

Dated: June 28, 2011

                                              Bernard Zimmerman
                                       United States Magistrate Judge