**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEFEVER,<br><br>   Plaintiff,<br><br> v.<br><br>ACOSTA, INC.,<br><br>   Defendant.<br>_____/ | No. C 10-1782 BZ (JSC)<br><br>**AMENDED ORDER TO PLAINTIFF'S COUNSEL TO CONTACT COURT AND DEFENDANT'S COUNSEL** |

  Plaintiff's counsel William Adams is hereby ORDERED to telephone defendant's counsel Kevin Hyde at 904-359-8786 (office) and 904-613-1437 (cell) and have a conversation before 5:00 p.m. PST today, June 30, 2011. An email communication is not sufficient. If Mr. Adams is not able to reach Mr. Hyde, he shall leave a message with a contact number at which Mr. Adams will be immediately reachable.

  The Court has left several messages with Mr. Adams since Monday, June 27, 2011 which Mr. Adams has not returned. Accordingly, Mr. Adams is also directed to telephone the Court at 415-522-2172 before 5:00 p.m. PST today. If the Court is not available when Mr. Adams telephones, he shall leave a message with a contact number at which he will be immediately reachable.

**IT IS SO ORDERED.**

Dated: June 30, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE