1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 MARIA LAFEVER              )
                              )
12         Plaintiff(s),      )
                              )   No. C10-01782 BZ
13      v.                    )
                              )
14 ACOSTA, INC., a Delaware   )   **SECOND ORDER TO SHOW CAUSE**
   Closed Corporation, also   )
15 d/b/a ACOSTA TRUEDEMAND,   )
   LLC; and also d/b/a ACOSTA )
16 MILITARY SALES, LLC; and   )
   DOES 1 through 20,         )
17 inclusive,                 )
                              )
18         Defendant(s).      )
                              )
19

20      Pursuant to this Court's Final Pretrial Order, the
21 parties were required to "submit joint and, if necessary,
22 separate lists of exhibits and exhibit binders by **Tuesday,**
23 **July 5, 2011.**"  Docket No. 145.  Plaintiff did not submit a
24 separate list of exhibits until July 7, 2011.  Docket No.
25 155.  She has also failed to lodge her separate exhibits
26 binder with the Court.
27      Plaintiff's counsel is therefore **ORDERED** to show cause
28 at a hearing scheduled for **July 18, 2011** at **8:30 a.m.,** in

g:\bzall\-bzcases\LaFever v. Acosta\OSC 2.wpd   1

1  **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate
2  Avenue, San Francisco, California 94102, why sanctions should
3  not be imposed under Federal Rule of Civil Procedure 16(f)
4  for failing to comply with the Court's Final Pretrial Order.
5  If counsel for plaintiff wishes to avoid the hearing, counsel
6  may contribute **$250.00** to **St. Anthony's Dining Room**, 121
7  Golden Gate Avenue, San Francisco, CA 94102 or **Glide Memorial**
8  **Church Food Program**, 330 Ellis, San Francisco, CA 94102.  If
9  proof of payment is received in chambers on or before **July**
10 **15**, **2011** the Order To Show Cause will be discharged and there
11 will be no hearing.
12      **IT IS FURTHER ORDERED** that plaintiff shall lodge her
13 separate exhibits binder with the Court and serve it on
14 defendant by the close of business of **Friday, July 8, 2011.**
15 Defendant shall file any objections it has to plaintiff's
16 separate exhibits by **Tuesday, July 12, 2011.**
17 Dated: July 8, 2011

_____
Bernard Zimmerman
United States Magistrate Judge