UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>      Defendant(s). | No. C10-01782 BZ<br><br>**ORDER RE TRIAL** |

    **IT IS ORDERED** that the trial of this matter is **moved** to Courtroom C on the 15th floor. The parties shall contact **Tony Bowser** at **415-522-3140** to arrange for installation of whatever evidence presentation equipment the have agreed to use. **IT IS FURTHER ORDERED** that counsel shall appear at **8:15 a.m., July 18, 2011** for a brief conference to consider some outstanding trial issues.

Dated: July 12, 2011

                       Bernard Zimmerman
                   United States Magistrate Judge

g:\bzall\-bzcases\LaFever v. Acosta\Order re trial.wpd

1