**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17th FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

PAGE R. BARNES, Bar No. 154539
pbarnes@foley.com
SCOTT P. INCIARDI, Bar No. 228814
sinciardi@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FL 32202-5017
P. O. BOX 240
JACKSONVILLE, FL 32202-5017
TELEPHONE:      904.359.2000
FACSIMILE:       904.359.8700
KEVIN E. HYDE, SBN Bar No. 0768235 (*Admitted Pro Hac Vice*)
khyde@foley.com
LEONARD V. FEIGEL Florida Bar No. 0027752 (*Admitted Pro Hac Vice*)
lfeigel@foley.com

Attorneys for Defendants ACOSTA, INC.,
dba ACOSTA TRUDEMAND, LLC; and
also dba ACOSTA MILITARY SALES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER<br><br>Plaintiff,<br><br>v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC and DOES 1 Through 20, Inclusive<br><br>Defendants. | Case No: 3:10-CV-01782-BZ<br><br>[PROPOSED] ORDER REGARDING DEFENDANT'S USE OF TRIAL PRESENTATION EQUIPMENT IN COURT<br><br>Trial Date: July 18, 2011<br>Dept:        Courtroom D, 15th Floor<br><br>Magistrate Judge: Hon. Bernard Zimmerman |

During the June 27, 2011 Pre-Trial Conference and in its subsequent Final Pre-Trial Order, the Court advised the Parties herein that, as the Court's electronic evidence presentation equipment cart would not be available for the trial in the above-captioned case, the Parties would be required to supply their own trial presentation equipment. The Court instructed that the Parties make arrangements to conduct a test-run of their equipment in Courtroom D on Friday, July 15, 2011. The Parties were instructed to submit proposed orders permitting them to bring trial presentation equipment to the Courtroom. Defendant Acosta, Inc. submitted such a proposed order, and the Court hereby orders as follows:

Defendant and its attorneys and trial consultants, including Kevin Hyde, Page Barnes, Scott Inciardi, and Chad Thompson, shall be permitted to bring the following trial presentation equipment into the United States District Court located at 450 Golden Gate Avenue, San Francisco, and into Courtroom D of that Court, or such other courtroom as the Court may direct:

1. One projector, projector cart and accessories;
2. Three external monitors;
3. One tech table;
4. One distribution amp;
5. One VGA switch box;
6. VGA cables, power cables, and power strips for the connection of the above-equipment;
7. Gaffer's tape.

Defendant shall be permitted to bring the above-described equipment into Courtroom D on July 15, 2011 in order to conduct the test run as instructed by the Court, or such other time as Defendant may arrange with the Court to conduct its test run. Defendant shall also be permitted to bring the above-described equipment into Courtroom D during the trial in the above-captioned matter, which is currently scheduled to commence on July 18, 2011.

///
///
///

1
[PROPOSED] ORDER REGARDING DEFENDANT'S USE OF TRIAL PRESENTATION EQUIPMENT
CASE NO. 3:10-CV-01782-BZ

SFCA_1828205.1

1        **IT IS SO ORDERED**, <u>**EXCEPT THAT TRIAL IS MOVED TO COURTROOM "C."**</u>

2 Dated:    July 12, 2011

_____
HON. BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA