UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Lefever, | Case No. C10-1782 BZ |
|         Plaintiff(s), | |
|   v. | **REFRESHMENT ORDER** |
| Acosta, Inc., | |
|         Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered no later than **8:00 a.m.** for the seven (7) members of the jury in the above-entitled matter beginning **Tuesday, July 19, 2011**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom C , 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: July 15, 2011

*Bernard Zimmerman*
BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE