UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>　　　　Defendant(s). | No. C10-01782 BZ<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

　　The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: August 5, 2011

　　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

g:\bzall\-bzcases\LaFever v. Acosta\conditional order of dismissal.wpd