UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAFEVER,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ACOSTA, INC., a Delaware Closed Corporation, also d/b/a ACOSTA TRUEDEMAND, LLC; and also d/b/a ACOSTA MILITARY SALES, LLC; and DOES 1 through 20, inclusive,<br><br>       Defendant(s). | No. C10-01782 BZ<br><br>**BRIEFING ORDER RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

    Having reviewed defendant's administrative motion to modify the briefing schedule (Docket No. 176) and plaintiff's response (Docket No. 179), **IT IS HEREBY ORDERED** as follows:

    1.  Defendant's opposition to plaintiff's motion for attorneys' fees shall be filed by **October 12, 2011**.

    2.  Plaintiff's reply shall be filed by **October 21, 2011**.

    3.  The hearing on plaintiff's motion remains on calendar for **November 2, 2011**. If the Court requires more

g:\bzall\-bzcases\LaFever v. Acosta\caption.wpd 1

time to review the parties' papers, it will continue the hearing to November 16, 2011 and notify the parties accordingly.

Dated: September 22, 2011

Bernard Zimmerman
United States Magistrate Judge